IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | C.A. No. 24-1327-JCG |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, Helena C. Rychlicki, formerly of Pinckney, Weidinger, Urban & Joyce, hereby withdraws as counsel for Defendant Ford Motor Company ("Ford") and Daniel A. Taylor and Neal C. Belgam of Smith, Katzenstein & Jenkins LLP hereby enter their appearances for Ford. Additionally, Ford will continue to be represented by John S. LeRoy, Christopher S. Smith, and Reza Roghani Esfahani of Brooks Kushman P.C.

Dated: February 18, 2026

|  |  |
|---|---|
|  | **SMITH, KATZENSTEIN & JENKINS LLP** |
| */s/ Helena C. Rychlicki* <br>Helena C. Rychlicki (No. 3996) <br>13 Ridgewood Cir. <br>Wilmington, DE 19809 <br>(302) 593-8201 <br>hrychlicki@rychlaw.com | */s/ Daniel A. Taylor* <br>Neal C. Belgam (No. 2721) <br>Daniel A. Taylor (No. 6934) <br>1000 N. West Street, Suite 1501 <br>Wilmington, Delaware 19801 <br>(302) 652-8400 <br>nbelgam@skjlaw.com <br>dtaylor@skjlaw.com <br><br>*Attorneys for Defendant Ford Motor Company* |