# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | C.A. No. 24-1327-JCG |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 15, 2026, Defendant Ford Motor Company ("Ford") served its First Set of Requests for Production to Plaintiff (Nos. 1-79) and First Set of Interrogatories to Plaintiff (Nos. 1-9) on the following counsel via email:

Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


William R. Woodford
Todd S. Werner
Jason M. Zucchi
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Dated: February 18, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Daniel A. Taylor*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*