IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | C.A. No. 24-1327-JCG |

**NOTICE OF SERVICE OF FORD MOTOR COMPANY'S
INITIAL INVALIDITY CONTENTIONS**

PLEASE TAKE NOTICE, that pursuant to the Scheduling Order in this matter (D.I. 27 at ¶ 4), on February 6, 2026, Defendant Ford Motor Company ("Ford") served its initial invalidity contentions on the following counsel via email:

Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


William R. Woodford
Todd S. Werner
Jason M. Zucchi
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Dated: February 18, 2026

        **SMITH KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*

2