# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | C.A. No. 24-1327-JCG |

### FORD MOTOR COMPANY'S MOTION TO STAY

Defendant Ford Motor Company ("Ford") respectfully moves the Court to stay this action pending the (i) resolution of a parallel arbitration that will determine whether Plaintiff AutoConnect Holdings, LLC ("AutoConnect") owns the asserted patents and whether Ford is licensed under those patents, and (ii) completion of the U.S. Patent and Trademark Office ongoing *inter partes* reviews and *ex parte* reexaminations. The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith. Additionally, the undersigned certifies that pursuant to Local Rule 7.1.1, the parties have made a reasonable effort to reach agreement on the matters set forth in this motion.

Dated:  February 26, 2026

*Of Counsel:*

John S. LeRoy
Christopher C. Smith
Reza Roghani Esfahani
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, MI 48067
(248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

**SMITH, KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Ford Motor
Company*

2