**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOCONNECT HOLDINGS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1327-JCG |
| FORD MOTOR COMPANY, | |
| Defendant. | |

**[PROPOSED] ORDER ON MOTION TO STAY**

At Wilmington, on this ___ day of _____, 2026;

The Court having considered the briefing on Defendant's Motion to Stay;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

This matter shall be STAYED pending the resolution of the following proceedings:

1.    The arbitration styled *Flextronics AP, LLC v. AutoConnect Holdings, LLC*, JAMS Ref. No.: 5110000909, which will determine whether Plaintiff AutoConnect Holdings, LLC ("AutoConnect") owns the asserted patents and whether Defendant Ford Motor Company ("Ford") is licensed under those patents;

2.    The following *inter partes* reviews ("IPRs") before the United States Patent & Trademark Office Patent Trial and Appeal Board:

      a)    IPR2025-01342;

      b)    IPR2025-01383;

    c)     IPR2025-01524;

    d)     IPR2026-00173;

    e)     IPR2026-00172; and

    f)     IPR2026-00171.

3.     The following *ex parte* reexaminations ("EPRs") before the Central Reexamination Unit:

    a)     EPR Application No. 90/015,788;

    b)     EPR Application No. 90/015,634;

    c)     EPR Application No. 90/015,463;

    d)     EPR Application No. 90/015,424;

    e)     EPR Application No. 90/015,447;

    f)     EPR Application No. 90/019,866; and

    g)     EPR Application No. 90/019,983.

4.     Not later than thirty (30) days after final resolution in any of the above proceedings, the parties shall submit a joint Status Report outlining the status of all pending proceedings.

 

 

_____
The Honorable Jennifer Choe-Groves
United States District Court Judge