## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AUTOCONNECT HOLDINGS, LLC** | |
| Plaintiff, | **Case No.: 1:24-cv-01327-JCG** |
| **v.** | |
| **FORD MOTOR COMPANY,** | **Hon. Jennifer Choe-Groves** |
| Defendant. | **JURY TRIAL DEMANDED** |

## DECLARATION OF REZA ROGHANI ESFAHANI
## IN SUPPORT OF DEFENDANT'S MOTION TO STAY

I, Reza Roghani Esfahani, declare and state as follows:

1.     I am an attorney with the law firm Brooks Kushman P.C. and counsel of record for Defendant Ford Motor Company ("Ford").

2.     Attached as **Exhibit A** is a SEALED version of a true and correct copy of the Demand for Arbitration — Flextronics AP, LLC vs. AutoConnect Holdings LLC. This document was produced to Ford by Flextronics as a result of a subpoena. Flextronics designated this document as Attorneys' Eyes Only. It is being filed under SEAL in this matter. Pursuant D. Del. LR 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Ford will submit a redacted version of **Exhibit A** within seven (7) days after filing of the sealed version of this document.

3.     Attached as **Exhibit B** is a true and correct copy of Defendants' Motion to Dismiss in the *AutoConnect Holdings, LLC v. Toyota Motor Corporation and General Motors LLC* case, United States District Court for the Eastern District of Texas, Case No. 2:24-cv-00802-JRG-SRP.

4.     Attached as **Exhibit C** is a true and correct copy of Corrected Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,020,697) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2025-01342.

5.     Attached as **Exhibit D** is a true and correct copy of Corrected Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,290,153) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2025-01383.

6.     Attached as **Exhibit E** is a true and correct copy of Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,123,186) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2025-01524.

7.     Attached as **Exhibit F** is a true and correct copy of Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,147,296) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2026-00002.

8.     Attached as **Exhibit G** is a true and correct copy of Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,173,100) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2026-00173.

9.     Attached as **Exhibit H** is a true and correct copy of Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,147,297) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2026-00172.

10.     Attached as **Exhibit I** is a true and correct copy of Petition for *Inter Partes* Review Under 35 U.S.C. §311 *et seq.* and 37 C.F.R. §42.100 *et seq.* (U.S. Patent No. 9,082,239) in *Ford Motor Company v. AutoConnect Holdings, LLC*, Case No. IPR2026-00171.

11.     Attached as **Exhibit J** is a true and correct copy of Request for *Ex Parte* Reexamination of U.S. Patent No. 11,163,931.

12.     Attached as **Exhibit K** is a true and correct copy of the Notice of Decisions on Institution, dated January 16, 2026.

13.     Attached as **Exhibit L** is a true and correct copy of the Decision Denying Institution of *Inter Partes* Review in Case No. IPR2026-00002.

14.     Attached as **Exhibit M** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/015,634.

15.     Attached as **Exhibit N** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/015,453.

16.     Attached as **Exhibit O** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/015,463.

17.     Attached as **Exhibit P** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/015,424.

18.     Attached as **Exhibit Q** is a true and correct copy of the Request for *Ex Parte* Reexamination of U.S. Patent No. 10,862,764.

19.     Attached as **Exhibit R** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/019,866.

20.     Attached as **Exhibit S** is a true and correct copy of the Order Granting Request for *Ex Parte* Reexamination, Control No. 90/019,983.

21.     Attached as **Exhibit T** is a true and correct copy of the Office Action in *Ex Parte Reexamination*, Control No. 90/019,983.

22.     Attached as **Exhibit U** is a true and correct copy of the *Ex Parte Reexamination* Communication Transmittal Form, Control No. 90/019,866.

23.     Attached as **Exhibit V** is a SEALED version of a true and correct copy of the Claimant Flextronics AP, LLC's Response and Affirmative Defenses to AutoConnect Holdings LLC's Counterclaims, Judicial Arbitration and Mediation Services, JAMS Ref. No. 5110000909. This document was produced to Ford by Flextronics as a result of a subpoena. Flextronics designated this document as Attorneys' Eyes Only. It is being filed under SEAL in this matter. Pursuant D. Del. LR 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Ford will submit a redacted version of **Exhibit V** within seven (7) days after filing of the sealed version of this document.

24.     Attached as **Exhibit W** is a SEALED version of a true and correct copy of the CONFIDENTIAL Quitclaim Patent License Agreement, dated September 23, 2025 between Flextronics AP, LLC and Ford Motor Company. This document is being filed under seal in its entirety because it contains confidential and commercially sensitive information. Pursuant D. Del. LR 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Ford will submit a redacted version of **Exhibit V** within seven (7) days after filing of the sealed version of this document.

25.     Attached as **Exhibit X** is a true and correct copy of the Notice of Decisions on Institution, dated February 24, 2026.

I make this Declaration on personal knowledge and, if called as a witness at trial, I am competent to testify.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Reza Roghani Esfahani
Reza Roghani Esfahani

Dated:  February 25, 2026