# EXHIBIT K

Trials@uspto.gov                                      Paper 11
571-272-7822                                Date: January 16, 2026

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

NOTICE OF DECISIONS ON INSTITUTION

————————————

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*.

NOTICE

Pursuant to 35 U.S.C. § 314(a), after review of discretionary considerations, institution of *inter partes* review is denied in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01399 | IPR2025-01533 | IPR2025-01583 |
| IPR2025-01400 | IPR2025-01537 | IPR2025-01584 |
| IPR2025-01483 | IPR2025-01538 | IPR2025-01585 |
| IPR2025-01526 | IPR2025-01556 | |

Pursuant to 35 U.S.C. § 314(a) and § 324(a), after review of discretionary considerations, the following proceedings will be reviewed for merits and non-discretionary considerations:

| | | |
|---|---|---|
| IPR2025-01482[1] | IPR2025-01529 | IPR2025-01546 |
| IPR2025-01512 | IPR2025-01530 | IPR2025-01562 |
| IPR2025-01524 | IPR2025-01531 | PGR2025-00085 |

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has failed to show a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition. Accordingly, institution of *inter partes* review is denied in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01185 | IPR2025-01238 | IPR2025-01355 |
| IPR2025-01237 | IPR2025-01353 | |

---

[1] Patent Owner's arguments regarding real parties-in-interest have been considered, but were not found to be persuasive.

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has shown a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, and no other non-discretionary considerations warrant denial of institution.  Accordingly, institution of *inter partes* review is granted in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01169[2] | IPR2025-01245[4] | IPR2025-01342 |
| IPR2025-01180 | IPR2025-01246[5] | IPR2025-01383 |
| IPR2025-01217[3] | IPR2025-01328 | |

---

[2] This proceeding is stayed until further notice in view of the pending Director Review of the institution decision in IPR2025-00145.

[3] This proceeding is stayed until further notice in view of the pending Director Review of the institution decision in IPR2025-00145.

[4] Patent Owner's arguments regarding real parties-in-interest have been considered, but were not found to be persuasive.

[5] Patent Owner's arguments regarding real parties-in-interest have been considered, but were not found to be persuasive.