# EXHIBIT M

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/015,634 | 10/24/2025 | 9147296 | 04305.9052-00000 | 7690 |

192827    7590    11/21/2025

Avantech Law, LLP
80 S 8th St, Suite 900
Minneapolis, MN 55402

| EXAMINER |
|---|
| HENEGHAN, MATTHEW E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/21/2025 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER LLP
901 NEW YORK AVENUE, NW
WASHINGTON, DISTRICT OF COLUMBIA 20001-
44133

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/015,634* .

PATENT UNDER REEXAMINATION *9147296* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| ***Order Granting Request For Ex Parte Reexamination*** | Control No. 90/015,634 | Patent Under Reexamination 9147296 |
|---|---|---|
| | Examiner MATTHEW E HENEGHAN | Art Unit 3992 / AIA (FITF) Status Yes |

***--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

The request for *ex parte* reexamination filed <u>10/24/2025</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:    a)☐    PTO-892,        b)☑    PTO/SB/08,        c)☐    Other: ____

1. ☑    The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| /MATTHEW E HENEGHAN/ Primary Examiner, Art Unit 3992 | | |
|---|---|---|

cc:Requester ( if third party requester )

Application/Control Number: 90/015,634                                                    Page 2
Art Unit: 3992

## ORDER GRANTING *EX PARTE* REEXAMINATION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Reexamination*

A Third Party, Toyota Motors, Inc., has requested *ex parte* reexamination of claims 1-20 of U.S. Patent No. 9,147,296 to Ricci, issued on 29 September 2015.

A substantial new question of patentability affecting claims 1-20 of United States Patent Number 9,147,296 is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

Application/Control Number: 90/015,634                                                    Page 3
Art Unit: 3992

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 9,147,296 (hereinafter the '296 patent) throughout the course of this reexamination proceeding. The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

## References Submitted by Third Party Requester

The following references have been supplied by the Third Party Requester for proposed grounds of rejection:

U.S. Patent Application Publication No. 2008/0215209 to Ikeda et al. (hereinafter Ikeda)

U.S. Patent Application Publication No. 2012/0303178 to Hendry et al. (hereinafter Hendry)

Neither of these references has been considered on the merits in previous prosecution of the '296 patent or in a final court judgement.

## Proposed Grounds of Rejection

The Third Party Requester has proposed the following grounds of rejection for this proceeding:

Claims 1-20 under 35 U.S.C. 102 or 103 over Ikeda.

Claims 6, 13, and 19 over Ikeda in view of Hendry.

Application/Control Number: 90/015,634                                                      Page 4
Art Unit: 3992

## *Prosecution History*

The '296 patent was originally filed on Application No. 14/253,204 (hereinafter
the '204 application) on 15 April 2014. The '204 claims priority to the following
Provisional Patent Applications:

61/811,981, filed 15 April 2013

61/865,954, filed 14 August 2013

61/870,698, filed 27 August 2013

61/891,217, filed 15 October 2013

61/904,205, filed 14 November 2013

61/924,572, filed 7 January 2014

61/926,749, filed 13 January 2014

In a non-final rejection mailed by the Office on 26 January 2015, claims 1-7, 9,
11-17, 19, and 20 were rejected under 35 U.S.C. 102 over U.S. Patent Application
Publication No. 2014/0028542 to Lovitt et al. (hereinafter Lovitt). Dependent claims 8,
10, and 18 were indicated as being allowable. These three claims recited:

Claim 8: "wherein determining the presence of the user inside the vehicle further
comprises: detecting a device associated with the user in an area of the vehicle."
Claims 10 and 18: "wherein the at least one vehicle control is adjusted via the
adjustment output to match the vehicle control settings in the user profile memory."

Application/Control Number: 90/015,634                                                    Page 5
Art Unit: 3992

In a response filed by the Applicant on 27 April 2015, claims 4, 6-10, 13-15, and 17-19 were amended; claims 1-3, 11, 12, and 20 were cancelled; and claims 21-26 were added. In particular, claims 8, 10, and 18 were rewritten in independent form to fully incorporate the limitations of their previous respective base claims, claim 19 was amended to incorporate the allowable aspect of claims 10 and 18, and all other claims were recited or amended to be dependent on claims 8, 10, 18, or 19.

The Office mailed a Notice of Allowability on 11 May 2015 and a Corrected Notice of Allowability on 24 June 2015, both without further comment.

After the processing of a 37 C.F.R. 312 amendment on 30 July 2015, which included an amendment to the Specification, the patent was issued on 29 September 2015.

A Certificate of Correction was issued by the Office on 15 March 2016, correcting a typographical error.

### *Claims of the '296 Patent*

The Third Party Requester has requested reexamination of the following four independent claims:

Claim 1: A method, comprising:

determining a location inside a vehicle associated with a user;

determining at least one vehicle control associated with the location inside the vehicle;

Application/Control Number: 90/015,634                                                    Page 6
Art Unit: 3992

determining a presence of the user inside the vehicle, wherein determining the

presence of the user comprises **detecting a device associated with the user in**

**an area of the vehicle**;

referring to a user profile memory associated with the user for vehicle control settings;

determining, based at least partially on the vehicle control settings, to adjust the at least

one vehicle control associated with the location inside the vehicle; and

providing an adjustment output to a vehicle control system, wherein the adjustment

output is provided based at least partially on determining the user is present in

the location inside the vehicle, wherein the vehicle control system is adapted to

control the at least one vehicle control associated with the location inside the

vehicle.


Claim 7: A method, comprising:

determining a location inside a vehicle associated with a user;

determining at least one vehicle control associated with the location inside the vehicle;

referring to a user profile memory associated with the user for vehicle control settings;

determining, based at least partially on the vehicle control settings, to adjust the at least

one vehicle control associated with the location inside the vehicle; and

providing an adjustment output to a vehicle control system, wherein the vehicle control

system is adapted to control the at least one vehicle control associated with the

location inside the vehicle, **wherein the at least one vehicle control is**

**adjusted via the adjustment output to match the vehicle control settings in**

**the user profile memory**.

Application/Control Number: 90/015,634                                              Page 7

Art Unit: 3992

Claim 8: A non-transitory computer readable medium having instructions stored thereon

that, when executed by a processor, perform a method comprising:

determining a location inside a vehicle associated with a user;

determining at least one vehicle control associated with the location inside the vehicle;

referring to a user profile memory associated with the user for vehicle control settings;

determining, based at least partially on the vehicle control settings, to adjust the at least

one vehicle control associated with the location inside the vehicle; and

providing an adjustment output to a vehicle control system, wherein the vehicle control

system is adapted to control the at least one vehicle control associated with the

location inside the vehicle, **wherein the at least one vehicle control is**

**adjusted via the adjustment output to match the vehicle control settings in**

**the user profile memory**.


Claim 14: A vehicle control system, comprising:

a profile identification module contained in a memory and executed by a processor of

the vehicle control system, the profile identification module configured to

determine a location inside a vehicle associated with a user,

determine at least one vehicle control associated with the location inside the vehicle,

refer to a user profile memory associated with the user for vehicle control settings, and

determine, based at least partially on the vehicle control settings, to adjust the at least

one vehicle control associated with the location inside the vehicle, provide an

adjustment output to the vehicle control system, wherein the vehicle control

Application/Control Number: 90/015,634                                                    Page 8
Art Unit: 3992

system is adapted to control the at least one vehicle control associated with the

location inside the vehicle, **wherein the at least one vehicle control is**

**adjusted via the adjustment output to match the vehicle control settings in**

**the user profile memory**.

### *Substantial New Questions of Patentability (SNQ)*

### **Ikeda**

Ikeda discloses a driving-environment setup system that is analogous to the

invention of the '296 patent.

Regarding claim 1, Ikeda discloses that in the setup process, the vehicle's

"control unit 11 transmits an identification information-sending request which is a

request to the portable device 20 for the transmission of the user identification

information... when the portable device 20 exists in the communications area (when a

user who possesses the portable device 20 has ridden the vehicle 100), the user

identification information stored in the portable device 20 is transmitted to the in-vehicle

device 10 concerned (Step S302 in the information-transmitting processing (FIG. 4)

described later). That is, it is so designed that the portable device 20 (user) which exists

in the communications area is detected by receiving the user identification information

transmitted by the portable device 20 in response to the identification information-

sending request." See paragraph 80 and figures 1 and 2. This was not taught by the

previous art of record.

Application/Control Number: 90/015,634                                    Page 9
Art Unit: 3992

Regarding claims 7, 8, and 14, Ikeda discloses "the environment setup information item stored in the portable device 20 of the driver or the environment setup information item indicative of the driving environment for the driver is transmitted from the portable device 20 to the in-vehicle device 10" and that information "is transmitted to various control units 51-59" See figure 2 and paragraphs 91-93. Ikeda further gives an example of control units being adjusted according to the setup information, "the seat position controller 51 adjusts the position of the driver's electric seat (the height of the seat surface, the position in the back-and-forth direction, etc.), according to the external operation." See paragraph 64. This was not taught by the previous art of record.

It is AGREED that that reasonable examiner would have found these teachings, either alone or in view of Hendry, relevant to a determination of patentability of claims 1, 7, 8, and 14, as well as dependent claims 2-6, 9-13, and 15-20, of the '296 patent. A SNQ therefore is found to exist with respect to claims 1-20.

## 35 U.S.C. 325(d) Considerations

The '296 patent has been the subject of two petitions for inter partes review (IPR) at the Patent Trial and Appeal Board (PTAB):

- IPR2025-00891, requested by Toyota Motors Inc., which is also the Third Party Requester in this proceeding, using essentially the same proposed grounds of rejection as in the instant proceeding. This proceeding was dismissed without the submitted prior art being analyzed on their merits.

Application/Control Number: 90/015,634                                                Page 10
Art Unit: 3992

- IPR2026-00002, submitted by Ford Motors, where proposed rejections have

   been proposed citing references that were not related the art used herein. This

   proceeding is pending.


Because neither of these proceedings have addressed the cited art herein on the

merits, it would not be appropriate to prohibit this proceeding under 35 U.S.C. 325(d).


### *Conclusion*


**All** correspondence relating to this ex parte reexamination proceeding should be

directed:


Electronically: Registered users may submit via the electronic filing system Patent
                      Center at https://patentcenter.uspto.gov/.

By Mail to:         Mail Stop *Ex Parte* Reexam
                      Central Reexamination Unit
                      Commissioner for Patents
                      United States Patent & Trademark Office
                      P.O. Box 1450
                      Alexandria, VA 22313-1450

By FAX to:          (571) 273-9900
                      Central Reexamination Unit

By hand:            Customer Service Window
                      Knox Building
                      501 Dulany Street
                      Alexandria, VA 22314

For electronic transmissions, 37 CFR 1.8(a)(1)(i)(C) and (ii) states that

correspondence (except for a request for reexamination and a corrected or replacement

Application/Control Number: 90/015,634                                                    Page 11
Art Unit: 3992

request for reexamination) will be considered timely filed if (a) it is transmitted via the

USPTO patent electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b)

includes a certificate of transmission for each piece of correspondence stating the date

of transmission, which is prior to the expiration of the set period of time in the Office

action.

      Any inquiry concerning this communication should be directed to Examiner

Matthew Heneghan at telephone number (571)272-3834.


/MATTHEW E HENEGHAN/
Primary Examiner, Art Unit 3992
/M.F/
Supervisory Patent Examiner, Art Unit 3992