# EXHIBIT X

Trials@uspto.gov  Paper 10
571-272-7822  Date: February 24, 2026

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

_____

NOTICE OF DECISIONS ON INSTITUTION

_____

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*.

NOTICE

Pursuant to 35 U.S.C. § 314(a), after review of discretionary considerations, institution of *inter partes* review is denied in the following proceedings:

| | | |
|---|---|---|
| IPR2025-01589 | IPR2026-00048 | IPR2026-00081 |
| IPR2025-01600 | IPR2026-00079 | IPR2026-00103 |
| IPR2026-00017 | IPR2026-00080 | |

Pursuant to 35 U.S.C. § 314(a), after review of discretionary considerations, the following proceedings will be reviewed for merits and non-discretionary considerations:

IPR2026-00049        IPR2026-00050

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has failed to show a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition. Accordingly, institution of *inter partes* review is denied in the following proceedings:

    IPR2025-01388[1]    IPR2025-01442

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has shown a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, and no other non-discretionary considerations warrant denial of institution. Accordingly, institution of *inter partes* review is granted in the following proceedings:

    IPR2025-01395    IPR2025-01512    IPR2025-01524

---

[1] Opinion forthcoming.