# EXHIBIT V

# REDACTED IN ITS ENTIRETY