**– REDACTED VERSION -**

# EXHIBIT W

# QUITCLAIM PATENT LICENSE AGREEMENT

This Quitclaim Patent License Agreement (this "Agreement") is made September 23, 2025, by and between Flextronics AP, LLC, a corporation organized and existing under the laws of the State of Colorado, having principal office and place of business at 6201 America Center Dr., San Jose, CA 95002 ("Licensor"), and Ford Motor Company, a corporation duly organized and existing under the laws of the State of Delaware having an office and place of business at 1 American Road, Dearborn, MI 48126 ("Licensee"). The Licensor and Licensee are together referred to as the "Parties."

**WITNESSETH:**

WHEREAS, Licensor is an international, longtime and valued supplier to Licensee of automotive components necessary for the manufacture and sale of Licensee's vehicles;



WHEREAS, AutoConnect currently asserts that Licensee infringes one or more claims of the Licensed Patents in the matter *AutoConnect Holdings LLC v. Ford Motor Company*, DDE-1-24-cv-01327 pending in the District of Delaware (the "Litigation");



### A. Definitions







IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the date first above written.

**Flextronics AP, LLC**

By: ______________________

Name: Charles E. Tompkins
Title: Partner BCLP, Counsel for Flex

**Ford Motor Company**

By: ______________________

Name: Brian Lally
Title: Associate General Counsel