## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AUTOCONNECT HOLDINGS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1327-JCG |
| FORD MOTOR COMPANY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## DECLARATION OF REZA ROGHANI ESFAHANI IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO STAY

I, Reza Roghani Esfahani, declare and state as follows:

1.     I am an attorney with the law firm Brooks Kushman P.C. and counsel of record for Defendant Ford Motor Company ("Ford").

2.     Attached as **Exhibit Y** is a true and correct copy of the Declaration of Melissa Sheahan, dated December 23, 2025.

3.     Attached as **Exhibit Z** is a true and correct copy of a screen capture from the Flex.com website.

4.     Attached as **Exhibit AA** is a true and correct copy of an Order Granting Request for *Ex Parte* Reexamination, Control No. 90/015,788.

5.     Attached as **Exhibit BB** is a true and correct copy of the Decision Denying Patent Owner's Requests for Discretionary Denial concerning U.S. Patent Nos. 9,020,697 and 9,290,153.

6.     Attached as **Exhibit CC** is a true and correct copy of email correspondence between Ford and AutoConnect's counsel dated March 17, 2026.

I make this Declaration on personal knowledge and, if called as a witness at trial, I am competent to testify.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Reza Roghani Esfahani
Reza Roghani Esfahani

Dated: March 19, 2026