# EXHIBIT Y

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

FORD MOTOR COMPANY
Petitioner,

v.

AUTOCONNECT HOLDINGS, LLC
Patent Owner.

_____

U.S. Patent No. 9,173,100 to Ricci

Case No.:  IPR2026-00173

_____

**DECLARATION OF MELISSA SHEAHAN**

**Ford Ex. 1121 Page 1 of 2**

I, Melissa Sheahan, hereby declare as follows:

1.     I am an employee of Ford Motor Company ("Ford"). I have been an employee of Ford since 1999.

2.     My current title is Software Buyer. My responsibilities in that position include buying software embedded in Ford's SYNC infotainment system. I have held this position for 14 years.

3.     I understand that AutoConnect Holdings LLC ("AutoConnect") has filed a patent infringement lawsuit against Ford in Delaware. I also understand that AutoConnect alleges that Ford infringes certain patents by making and selling vehicles equipped with Ford's SYNC infotainment system.

4.     I have reviewed Ford's purchasing records and confirm, consistent with my personal recollection, that Ford has purchased SYNC modules from Flextronics since at least October 2014 and continuously through today for various versions of Ford's SYNC infotainment systems.

5.     I make this Declaration on personal knowledge and, if called as a witness, I am competent to testify on the above matters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     Dec-23-2025

DocuSigned by:

*Melissa Sheahan*

0A5E7C77EE56463...

Melissa Sheahan

**Ford Ex. 1121 Page 2 of 2**