# EXHIBIT Z

Case 1:24-cv-01327-JCC   Document 59-2   Filed 03/19/26   Page 2 of 6 PageID #: 3751



Flex  >  Resources  >  Flex celebrates 10 years of maintaining Ford's prestigious Q1 quality certification in Guadalajara, Mexico

# Flex celebrates 10 years of maintaining Ford's prestigious Q1 quality certification in Guadalajara, Mexico

Posted on
April 2, 2024

News    Advanced Manufacturing    Automotive

## A decade of reliable manufacturing solutions in the automotive industry

Flex today announced that its site in Guadalajara, Mexico, has maintained Ford's Q1 Certification for 10 consecutive years.



**Ford Ex. 1110 Page 1 of 5**

Case 1:24-cv-01327-JCC   Document 59-2   Filed 03/19/26   Page 3 of 6 PageID #: 3752



The award — the automaker's highest quality honor for suppliers — has been maintained by Flex's automotive team for consistently meeting and exceeding the automaker's stringent set of quality and performance requirements.

> This 10-year milestone illustrates the success of our longstanding relationship with Ford to advance the promise of next-generation mobility and support Ford in its purpose to build a better world.
>
> We appreciate the continued trust that Ford has placed in Flex to apply our advanced manufacturing expertise and discipline to enable them to deliver vehicles to market with the highest quality and resiliency required for the rapid technological advancements reshaping mobility.
>
> **— Mike Thoeny, President, Automotive Business Group, Flex**



Ford's Q1 certification is awarded to suppliers who demonstrate excellence beyond ISO and TS certification requirements in critical areas including capable systems, continuous improvement, ongoing performance, and customer satisfaction.

**Ford Ex. 1110 Page 2 of 5**

Case 1:24-cv-01327-JCC   Document 59-2   Filed 03/19/26   Page 4 of 6 PageID #: 3753





Blog

## The future of manufacturing: Your questions answered



News

## Celebrating manufacturing leadership in Brazil and Mexico

### INDUSTRIES

Automotive

Cloud

Communications

Consumer Devices

Data Center

Healthcare

Industrial

Lifestyle

Cross-Industry Technology

**Ford Ex. 1110 Page 3 of 5**



Embedded Power

Liquid Cooling

Automotive Products

Components

Flexible Circuits & Materials

## SERVICES

Design & Engineering

Supply Chain

Advanced Manufacturing

Value-Added Fulfillment & Logistics

Aftermarket Services

## NEWS

Newsroom

Leadership Insights Blog

Resources

Events

Webinars

Social @ Flex

## COMPANY

About Us

Leadership

Global Locations

Sustainability

**Ford Ex. 1110 Page 4 of 5**



Financials

Governance

Investor Events

**CAREERS**

Careers Overview

Life at Flex

Career Locations

Apply for a Job

**STAY CONNECTED**

Subscribe

Home

Supplier information

Statement on forced labor

Privacy policy

All policies

Trademarks

---

© 2025 FLEX LTD, Flextronics International, LTD. All rights reserved.

**Ford Ex. 1110 Page 5 of 5**