# EXHIBIT AA

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/015,788 | 12/16/2025 | 11163931 | 84960946 / FPGP0158RX | 2198 |

192827        7590        02/26/2026

Avantech Law, LLP
80 S 8th St, Suite 900
Minneapolis, MN 55402

| EXAMINER |
|---|
| KISS, ERIC B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/26/2026 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Brooks Kushman P.C.
150 W 2nd St. Suite 400N
Royal Oak MI 48067

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/015,788* .

PATENT UNDER REEXAMINATION *11163931* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Order Granting Request For Ex Parte Reexamination* | Control No. 90/015,788 | | Patent Under Reexamination 11163931 |
|---|---|---|---|
| | Examiner ERIC B KISS | Art Unit 3992 | AIA (FITF) Status Yes |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed 12/16/2025 has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:   a)☐   PTO-892,      b)☐   PTO/SB/08,     c)☐   Other: ____

1. ☑   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| /Eric B. Kiss/ Patent Reexam Specialist, Art Unit 399 | | |
|---|---|---|
| cc:Requester ( if third party requester ) | | |

U.S. Patent and Trademark Office
PTOL-471G(Rev. 01-13)              **Office Action in *Ex Parte* Reexamination**              Part of Paper No. 20260211

Application/Control Number: 90/015,788                                                        Page 2

Art Unit: 3992

## ORDER GRANTING REQUEST FOR *EX PARTE* REEXAMINATION

A substantial new question of patentability affecting claims 1-13 of U.S. Pat. 11,163,931

("'931 patent") is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

the '931 patent throughout the course of this reexamination proceeding. The third party

requester is also reminded of the ability to similarly apprise the Office of any such activity or

proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282

and 2286.

### I.    Related Proceedings

The examiner is aware of the following related proceedings involving the '684 patent:

1.    *AutoConnect Holdings, LLC v. Toyota Motor Corp. et al.*, case no. 2:24-cv-00802

       (E.D. Tex.); and

2.    *AutoConnect Holdings, LLC v. Ford Motor Co.*, case no. 1:24-cv-01327 (D. Del.).

### II.    Publications Cited in the Request

The request cites the following patents and printed publications as raising a substantial

new question of patentability:

Application/Control Number: 90/015,788                                                      Page 3

Art Unit: 3992

1.      U.S. Pat. App. Pub. 2018/0103022 ("Tokunaga");

2.      U.S. Pat. 8,522,320 ("Kleve"); and

3.      U.S. Pat. App. Pub. 2014/0303837 ("Tuukkanen").

### III.      Substantial New Questions of Patentability (SNQs)

**A.      The SNQ requirement**

The Office may only grant a reexamination request if an SNQ affecting any claim of the

patent concerned is raised by the request, with or without consideration of other patents or

printed publications.  35 U.S.C. §§ 303(a) and 304.

A prior art patent or printed publication raises a substantial question of patentability

where there is a substantial likelihood that a reasonable examiner would consider the prior art

patent or printed publication important in deciding whether or not the claim is patentable,

unless the same question of patentability has already been decided as to the claim in a final

holding of invalidity by the Federal court system or by the Office in a previous examination.

MPEP § 2242.

**B.      Tokunaga (proposed SNQ 1)**

The request asserts that a substantial new question of patentability as to claims 1-4, 7-9,

and 12 of the '931 patent is raised by Tokunaga, (*e.g.*, Request (Dec. 16, 2025), p. 24).  The

examiner agrees.

Tokunaga discloses a system for providing access to a vehicle and enabling the off-

boarding (i.e., external transfer) of vehicle data, with a particular focus on managing user

privileges and consent for data sharing. (Tokunaga, [0003]-[0004], Abstract.) The system

enables a primary portable device (such as a smartphone belonging to the vehicle owner) to be

Application/Control Number: 90/015,788                                                    Page 4
Art Unit: 3992

linked to the vehicle and granted administrative privileges. (Tokunaga, [0022], [0026]-[0027],

[0064].) This primary device can then be used to associate one or more secondary portable

devices (such as those belonging to additional drivers or family members) with the vehicle,

granting each secondary device specific levels of access and enabling privileges. (Tokunga,

[0029]-[0030], [0038].) These privileges can be granularly controlled by the primary device,

including restrictions based on time, usage, or specific vehicle functions (e.g., unlocking doors,

starting the engine). (Tokunaga, [0075].) Example privileges 308/310 are shown in Figure 3:

| USER ID | DEVICE ID | USER TYPE | ACCESSING PRIVILEGE LEVEL | ENABLING PRIVILEGE LEVEL |
|---------|-----------|-----------|---------------------------|--------------------------|
| USER 1 | PHN 1 | PRIMARY | PERMANENT ADMINISTRATOR | PERMANENT ADMINISTRATOR |
| USER 2 | FOB 2 | AUTHENTICATED | LEVEL 1: FULL PERMANANT ACCESS | LEVEL 1: FULL PERMANANT USE |
| USER 3 | PHN 2 | AUTHENTICATED | LEVEL 2: TEMP 30 DAY ACCESS | LEVEL 2: TEMP FULL IGG ON |
| USER 4 | FOB 1 | AUTHENTICATED | LEVEL 3: TEMP 3 HOUR ACCESS | LEVEL 3: TEMP FULL IGG ON |
| USER 5 | PHN 3 | AUTHENTICATED | LEVEL 1: FULL PERMANANT ACCESS | NO PRIVILEGES GRANTED |
| USER 6 | PHN 4 | AUTHENTICATED | LEVEL 1: FULL PERMANANT ACCESS | LEVEL 1: FULL PERMANANT USE |

FIG. 3

The link table 300 is a profile for the vehicle that that records user IDs, device IDs, user

types, and privilege levels for all associated devices. Tokunaga also discloses off-boarding

vehicle data. (Tokunaga, [0065].) Both the primary and secondary devices are presented with

terms and conditions related to data sharing, and off-boarding of vehicle data (such as

geolocation, points of interest, or system logs) is only enabled when the relevant user accepts

these terms. (Tokunaga, [0004], [0043]-[0044].) Driver authentication is handled through device

IDs, signal strength, and optionally biometric or behavioral data (such as facial recognition or

driving patterns), ensuring that privileges and data sharing are tied to the correct user.

(Tokinaga, [0088], [0109], [0141].)

Application/Control Number: 90/015,788                                                    Page 5
Art Unit: 3992

As characterized in the request for reexamination, Tokunaga discloses a

substantial portion of the elements in claim 1-4, 7-9, and 12. The examiner has reviewed

the cited teachings of Tokunaga and finds that they are particularly relevant to the

features indicated as missing from the prior art during prosecution of the '931 patent.

Accordingly, there is a substantial likelihood that a reasonable examiner would consider

these teachings important in deciding whether claims 1-4, 7-9, and 12 of the '931 patent are

patentable.  Therefore, Tokunaga raises a substantial new question of patentability as to these

claims.

**C.      Tokunaga and Tuukkanen (proposed SNQ 2)**

The request asserts that a substantial new question of patentability as to claims 5-6 and

10-11 of the '931 patent is raised by Tokunaga and Tuukkanen, (*e.g.*, Request at 24).  The

examiner agrees.

As discussed above, Tokunaga raises a substantial new question of patentability as to

claims 1-4, 7-9, and 12 of the '931 patent. Tokunaga in combination with Tuukkanen likewise

raises a substantial new question of patentability as to claims 5-6 and 10-11, which depend

from claim 1, for at least the same reasons stated above.

**D.      Tuukkamen and Kleve (proposed SNQ 3)**

The request asserts that a substantial new question of patentability as to claims 1-13 of

the '931 patent is raised by Tokunaga and Kleve, (*e.g.*, Request at 24).  The examiner agrees.

Application/Control Number: 90/015,788                                                    Page 6
Art Unit: 3992

As discussed above, Tokunaga raises a substantial new question of patentability as to claims 1-4, 7-9, and 12 of the '931 patent. Tokunaga in combination with Kleve likewise raises a substantial new question of patentability as to claims 1-13, including claims which depend from claim 1, for at least the same reasons stated above.


## IV.    325(d)

A review of the post grant history for the 931 patent indicates that there have been no other Office post grant challenges involving the '931 patent (i.e., Reexamination Proceedings, Inter Partes Reviews, Post Grant Reviews, or Covered Business Method trials). Accordingly, a determination of whether to exercise discretion to reject the request pursuant to 35 U.S.C. § 325(d) is not applicable.


## V.    Conclusion

A substantial new question of patentability affecting claims 1-13 of U.S. Pat. 11,163,931 is raised by the request for *ex parte* reexamination. Therefore, *ex parte* reexamination of these claims is ORDERED.

Any inquiry concerning this communication or earlier communications from the Examiner should be directed to ERIC B KISS whose telephone number is (571)272-3699. The Examiner can normally be reached Mon - Fri 7:30-5:00.

If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's supervisor, Andrew J. Fischer can be reached on 571-272-6779.

Application/Control Number: 90/015,788                                                          Page 7
Art Unit: 3992

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Visit https://www.uspto.gov/patents/apply/patent-center for

more information about Patent Center and https://www.uspto.gov/patents/docx for

information about filing in DOCX format. For additional questions, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO

Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Eric B. Kiss/
Patent Reexamination Specialist, Art Unit 3992


<u>Conferee:</u>

/ANDREW J. FISCHER/
Supervisory Patent Reexamination Specialist, Art Unit 3992