# EXHIBIT CC

| | |
|---|---|
| **From:** | William Woodford <woodford@avantechlaw.com> |
| **Sent:** | Tuesday, March 17, 2026 11:27 AM |
| **To:** | Christopher C. Smith; John S. LeRoy; Todd Werner; Morgan M. Daughton; Brian Farnan; Michael J. Farnan; Jason Zucchi |
| **Cc:** | Daniel A. Taylor; Neal C. Belgam; Reza Esfahani; Krisanne M. Schmidt; FMCL0330L@brookskushman.com; AutoConnect v. Ford (DE) |
| **Subject:** | Re: Case 1:24-cv-01327-JCG \| AutoConnect Holdings LLC v. Ford Motor Company |

Dear Chris,

As you know, we have already completed claim construction in the EDTX matter and are narrowing patents/claims for expert reports.  Given the early stage of the Ford matter, we are not in a position to narrow the asserted patents at this time.  Our evaluation is ongoing, however, and we will let you know as soon as possible regarding any changes to the asserted patents.

Best,
William

---

**From:** Christopher C. Smith <csmith@brookskushman.com>
**Sent:** Tuesday, March 17, 2026 10:20 AM
**To:** John S. LeRoy <jleroy@brookskushman.com>; Todd Werner <werner@avantechlaw.com>; Morgan M. Daughton <mdaughton@skjlaw.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>; William Woodford <woodford@avantechlaw.com>; Jason Zucchi <zucchi@avantechlaw.com>
**Cc:** Daniel A. Taylor <DAT@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>; Reza Esfahani <resfahani@brookskushman.com>; Krisanne M. Schmidt <kschmidt@brookskushman.com>; FMCL0330L@brookskushman.com <FMCL0330L@brookskushman.com>; AutoConnect v. Ford (DE) <autoconnect_v_ford@avantechlaw.com>
**Subject:** RE: Case 1:24-cv-01327-JCG \| AutoConnect Holdings LLC v. Ford Motor Company

Hi Todd,

Following up on John's email below, is there any update re the '239, '296 and '297 patents.  Also, we understand that AutoConnect has dropped its assertions of infringement of the '931 and '786 Patents in EDTX against Toyota.  Does AutoConnect intend to drop its claims for the '931 and '786 Patents against Ford in the Delaware matter? Again, because claim construction is upon us in the Delaware case, please let us know ASAP if AutoConnect intends to proceed with any of the patents it has dropped in EDTX in the Delaware case.  Thank you.

Regards,

Chris

**Christopher Smith**
Co-Chair Litigation
D: 248.226.2780 | M: 310.625.5441

1

csmith@brookskushman.com
LinkedIn | Bio


_____



Brooks Kushman P.C.
150 W 2nd St., Suite 400N
Royal Oak, MI 48067
brookskushman.com


_____

**FUELED BY RELATIONSHIPS**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** John S. LeRoy <jleroy@brookskushman.com>
**Sent:** Thursday, March 12, 2026 10:38 AM
**To:** Todd Werner <werner@avantechlaw.com>; Morgan M. Daughton <mdaughton@skjlaw.com>; Brian Farnan <bfarnan@farnanlaw.com>; Michael J. Farnan <mfarnan@farnanlaw.com>; William Woodford <woodford@avantechlaw.com>; Jason Zucchi <zucchi@avantechlaw.com>
**Cc:** Daniel A. Taylor <DAT@skjlaw.com>; Neal C. Belgam <NCB@skjlaw.com>; Christopher C. Smith <csmith@brookskushman.com>; Reza Esfahani <resfahani@brookskushman.com>; Krisanne M. Schmidt <kschmidt@brookskushman.com>; FMCL0330L@brookskushman.com; AutoConnect v. Ford (DE) <autoconnect_v_ford@avantechlaw.com>
**Subject:** Case 1:24-cv-01327-JCG | AutoConnect Holdings LLC v. Ford Motor Company

Todd,

We understand that, in the EDTX litigation, AutoConnect dropped the '239, '296 and '297 patents that are asserted in the Delaware action.  Because claim construction is upon us in the Delaware case, please let us know by Tuesday if AutoConnect intends to proceed with those patents in the Delaware case.

Thanks,

John

**John LeRoy**
Shareholder
D: 248.226.2754  |  M: 586.295.9690
jleroy@brookskushman.com
LinkedIn  |  Bio

2

**BROOKS**

150 W. Second St.
Suite 400N
Royal Oak, MI  48067
brookskushman.com

**FUELED BY RELATIONSHIPS**

*This email may contain and/or attach privileged attorney-client communications and/or attorney work product.*

*This message may contain proprietary, confidential, and privileged information. If you are not the intended recipient, please contact the sender and permanently delete all copies of this message.*