**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AUTOCONNECT HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | C.A. No. 24-1327-JCG |

**FORD MOTOR COMPANY'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendant Ford Motor Company ("Ford") respectfully requests oral argument on the pending Motion to Stay. (D.I. 47.)  This motion was fully briefed on March 19, 2026. (D.I. 48; D.I. 55; D.I. 58.)


Dated:  March 23, 2026

*Of Counsel:*

John S. LeRoy
Christopher C. Smith
Reza Roghani Esfahani
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, MI 48067
(248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

**SMITH, KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Ford Motor
Company*