**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AUTOCONNECT HOLDINGS LLC,

        Plaintiff,

    v.

FORD MOTOR COMPANY,

        Defendant.

C.A. No. 24-1327-JCG

**NOTICE OF SERVICE OF FORD MOTOR COMPANY'S LIST OF CLAIM TERMS
AND PROPOSED CLAIM CONSTRUCTIONS**

PLEASE TAKE NOTICE, that pursuant to the Scheduling Order in this matter (D.I. 27 at ¶ 14), on April 2, 2026, Defendant Ford Motor Company ("Ford") served its list of claim term(s)/phrase(s) that it believes need construction and the proposed construction(s) of those term(s)/phrase(s) on the following counsel via email:

Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

William R. Woodford
Todd S. Werner
Jason M. Zucchi
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Dated: April 2, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*

2