## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AUTOCONNECT HOLDINGS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1327-JCG |
| FORD MOTOR COMPANY, | |
| Defendant. | |

### NOTICE OF SERVICE OF FORD MOTOR COMPANY'S LIST OF CLAIM TERMS AND PROPOSED CLAIM CONSTRUCTIONS

PLEASE TAKE NOTICE, that on April 2, 2026, Defendant Ford Motor Company ("Ford")

served supplements to the following Exhibits to Ford's Invalidity Contentions:

- Exhibit A 112 ('297 patent)

- Exhibit C 112 ('697 patent)

- Exhibit E 112 ('186 patent)

- Exhibit H 112 ('153 patent)

- Exhibit K 112 ('100 patent)

- Exhibit L 112 ('239 patent)

on the following counsel via email:

Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

William R. Woodford
Todd S. Werner
Jason M. Zucchi

AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Dated: April 6, 2026

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*