**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AUTOCONNECT HOLDINGS LLC,

      Plaintiff,

    v.

FORD MOTOR COMPANY,

      Defendant.

C.A. No. 24-1327-JCG

**DEFENDANT FORD MOTOR COMPANY'S
UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL INFORMATION IN SUPPORT
OF ITS MOTION TO STAY**

Defendant Ford Motor Company ("Ford") respectfully requests leave, pursuant to Local Rule 7.1.2(b), to submit the attached Notice of Supplemental Information and the Declaration of Reza Roghani Esfahani (attached under Seal as Exhibits 1 and 2) in support of its Motion to Stay ("Motion") (D.I. 47). Ford provides this information in order to supplement the factual record with materials that came into existence after filing of Ford's Motion.

Pursuant to Local Rule 7.1.1, the undersigned certifies that the parties have met and conferred on this motion for leave, and counsel for AutoConnect does not oppose the motion.

## I.      CASE OVERVIEW

On December 6, 2024, AutoConnect filed a lawsuit against Ford alleging infringement of thirteen (13) patents. (D.I. 1). On February 26, 2026, Ford moved to stay the case based on, *inter alia*, post-grant proceedings including both *inter partes* reviews and *ex parte* reexaminations. (D.I. 47). On March 12, 2026, AutoConnect filed its answering brief in opposition to Ford's Motion. (D.I. 55). On March 19, 2026, Ford filed its Reply. (D.I. 58). The Court scheduled oral argument on Ford's motion for April 7, 2026.

As explained in more detail below, **Exhibits DD** and **EE** to the Declaration of Reza Roghani Esfahani (collectively, "Supplemental Information") each contain factual information regarding the timing of parallel proceedings and/or their potential for issue simplification.

## II.     FORD SHOULD BE GRANTED LEAVE TO FILE ITS SUPPLEMENTAL INFORMATION

### A.      There Has Been No Undue Delay or Bad Faith

Ford's motion for leave to submit the accompanying Supplemental Information is timely. None of the exhibits submitted herewith were available to Ford at the time it filed its Motion, as they were produced to Ford only thereafter. **Exhibit DD** to the Declaration of Reza Roghani Esfahani was produced to Ford on March 19, 2026—the same day as Ford's deadline to file its Reply—and, given the timing of its production, Ford did not have a meaningful opportunity to review and

assess the document for inclusion before the Reply filing deadline. **Exhibit EE** to the Declaration of Reza Roghani Esfahani was likewise produced to Ford on March 31, 2026 after Ford filed its Reply in support of its Motion.

### B.    AutoConnect Will Suffer No Undue Prejudice

AutoConnect will suffer no prejudice, let alone undue prejudice, if the Court grants Ford's motion. Ford is providing factual information in order to update the Court regarding the timing of the parallel proceedings as well as the potential for issue simplification. Ford is not seeking to introduce any additional attorney argument; instead, it solely intends to update the Court regarding facts pertaining to the parallel proceedings.

****

For the foregoing reasons, Ford respectfully requests that the Court grant Ford's request for leave to submit Supplemental Information.

Dated:  April 7, 2026

*Of Counsel:*

John S. LeRoy
Christopher C. Smith
Reza Roghani Esfahani
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, MI 48067
(248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*

4