# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AUTOCONNECT HOLDINGS LLC,

      Plaintiff,

    v.

FORD MOTOR COMPANY,

      Defendant.

C.A. No. 24-1327-JCG

## [PROPOSED] ORDER

WHEREAS, the Court has considered Ford Motor Company's Unopposed Motion for Leave to Submit Supplemental Information in Support of its Motion to Stay, (D.I. 47).

IT IS HEREBY ORDERED this ___ day of _____, 2026, that Ford's Motion for Leave to Submit Supplemental Information in Support of its Motion to Stay is GRANTED.

_____
The Honorable Jennifer Choe-Groves