# EXHIBIT 1

# REDACTED PUBLIC VERSION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AUTOCONNECT HOLDINGS LLC,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

C.A. No. 24-1327-JCG

**REDACTED PUBLIC VERSION**

**FORD MOTOR COMPANY'S NOTICE OF SUPPLEMENTAL
INFORMATION IN SUPPORT OF ITS MOTION TO STAY**

PLEASE TAKE NOTICE, that Defendant Ford Motor Company hereby

submits the following supplemental information in support of its Motion to Stay

(D.I. 47):

- **Exhibit DD** to the Declaration of Reza Roghani Esfahani is ███████

██████████████████████████████████████████████████████████████

██████████████████████████████

- **Exhibit EE** to the Declaration of Reza Roghani Esfahani is ███

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████

Dated: April 7, 2026

*Of Counsel:*

**SMITH KATZENSTEIN & JENKINS LLP**

**BROOKS KUSHMAN P.C.**
John S. LeRoy
Christopher C. Smith
Reza Roghani Esfahani
150 W. Second St., Suite 400N
Royal Oak, MI 48067-3846
(248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Ford Motor Company*

2