# EXHIBIT 2

# REDACTED PUBLIC VERSION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AUTOCONNECT HOLDINGS LLC,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

C.A. No. 24-1327-JCG

**REDACTED PUBLIC VERSION**

**DECLARATION OF REZA ROGHANI ESFAHANI**
**IN SUPPORT OF DEFENDANTS NOTICE OF**
**SUPPLEMENTAL INFORMATION IN SUPPORT**
**OF ITS MOTION TO STAY**

I, Reza Roghani Esfahani, declare and state as follows:

1.      I am an attorney with the law firm Brooks Kushman P.C. and counsel of record for Defendant Ford Motor Company ("Ford").

2.      Attached as **Exhibit DD** is a SEALED version of a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On March 19, 2026, Flextronics produced this document to Ford as a result of a subpoena. Flextronics designated this document as Attorneys' Eyes Only. It is being filed under SEAL in this matter. Pursuant D. Del. LR 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Ford will submit a redacted version

of **Exhibit DD** within seven (7) days after filing of the sealed version of this document.

3.    Attached as **Exhibit EE** is a true and correct copy of ████████ ███████████████████████████████████ On March 31, 2026, Flextronics produced this document to Ford as a result of a subpoena. Flextronics designated this document as Attorneys' Eyes Only. It is being filed under SEAL in this matter. Pursuant D. Del. LR 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Ford will submit a redacted version of **Exhibit EE** within seven (7) days after filing of the sealed version of this document.

4.    The exhibits submitted herewith were not available to Ford at the time it filed its motion to stay, as they were produced to Ford only thereafter. **Exhibit DD** was produced to Ford on March 19, 2026—the same day as Ford's deadline to file its Reply—and, given the timing of its production, Ford did not have a meaningful opportunity to review and assess the document for inclusion before the Reply filing deadline. **Exhibit EE** was likewise produced to Ford on March 31, 2026 after Ford filed its Reply in support of its motion to stay.

2

I make this Declaration on personal knowledge and, if called as a witness at trial, I am competent to testify.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ *Reza Roghani Esfahani*
Reza Roghani Esfahani

Dated:  April 7, 2026

3