# EXHIBIT EE

# REDACTED IN ITS ENTIRETY