**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AUTOCONNECT HOLDINGS LLC,

     Plaintiff,

v.

FORD MOTOR COMPANY,

     Defendant.

Case No. 24-cv-1327-JCG

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 14 of the Scheduling Order (D.I. 27 as amended by D.I. 31), Plaintiff AutoConnect Holdings LLC ("AutoConnect"), and Defendant Ford Motor Company ("Ford" collectively "the Parties") submit this Joint Claim Construction Chart, attached hereto as Exhibit A, which identifies disputed claim terms for construction, proposed constructions, and supporting intrinsic evidence appearing in one or more asserted claims of U.S. Patent Nos. 9,020,491 (the '491 Patent), 9,020,697 (the '697 Patent), 9,098,367 ("the '367 Patent"), 9,116,786 (the '786 Patent), 9,123,186 (the '186 Patent), 9,140,560 (the '560 Patent), 9,290,153 (the '153 Patent), and the 10,862,764 (the '764 Patent)

1

Dated:  April 16, 2026

Respectfully submitted,

**SMITH, KATZENSTEIN & JENKINS LLP**

**FARNAN LLP**

/s/ Daniel A. Taylor

*/s/ Brian E. Farnan*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Tel: (302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*
*Ford Motor Company*

*Attorneys for Plaintiff*
*AutoConnect Holdings LLC*

John S. LeRoy (*pro hac vice*)
Christopher C. Smith (*pro hac vice*)
Reza Roghani Esfahani (*pro hac vice*)
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, MI 48067
Tel: (248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

William R. Woodford (*pro hac vice*)
Todd S. Werner *(pro hac vice)*
Jason M. Zucchi (*pro hac vice*)
Shelleaha L. Jonas (*pro hac vice*)
**AVANTECH LAW, LLP**
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (855) 750-9951
Fax: (612) 484-2001
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com
jonas@avantechlaw.com

*Attorneys for Defendant*
*Ford Motor Company*

Julianne Thomsen (*pro hac vice*)
**AVANTECH LAW, LLP**
521 5th Avenue, 17th Floor
New York, NY 10175-0038
Tel: (855) 750-9951
Fax: (612) 484-2001
thomsen@avantechlaw.com

*Attorneys for Plaintiff*
*AutoConnect Holdings LLC*

2