*AutoConnect Holdings LLC v. Ford Motor Company.*, C.A. No. 1:24-cv-01327-JCG

**Exhibit A**

**Joint Claim Construction Chart**

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 1. | "cloud" <br><br> ('186 claims 7, 14; '560 claims 11–13, 15–16; '764 claim 8) | "remote services, including storage and applications, that are delivered over a public network or a private network" <br><br> '186 Patent, 10:65-11:17; 26:6-32; 75:47-50; Figures 13, 15, 16, and 18. <br><br> '560 Patent, 10:29-48; 28:31-29:16; Figure 16. <br><br> '764 Patent, 10:65-11:17 (and associated figures). | Plain and ordinary meaning. No construction necessary. |
| 2. | "a microprocessor executable desktop manager" <br><br> ('153 claims 1, 12) | "a program that manages a desktop-style graphical user interface, including graphical elements such as icons, windows, or panels" <br><br> '153 Patent, 16:4-6; 18:31-35; 56:42-44; 57:63-58:6; 58:29-32 (and associated figures). | Plain and ordinary meaning. No construction necessary. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 3. | "a microprocessor executable device discovery daemon" ('697 claims 1, 3, 5, 8, 12, 15, 19; '153 claims 1–4, 8–10, 12, 14, 15, 19–21) | "a computer program that runs as a background process that can discover devices" '697 Patent, 57:45-58:8; 91:29-92:22; 93:14-24; Figures 13-18, 20, 31, 32. '153 Patent, 57:32-62; 91:22-92:37; 93:7-16; Figures 13-18, 20, 31, 32. | "a computer program" '153 Patent, 4:43-67; 57:32-62; 91:23-52; 91:22-96:67 (and associated figures). '697 Patent, 57:45-64; 91:30-92:35 (and associated figures). |
| 4. | "two or more BLUETOOTH transceivers" ('491 claim 11; '560 claim 11) | Plain and ordinary meaning. No construction necessary. '491 Patent, 5:35-43; 23:27-56; Figure 10. '560 Patent, 5:35-43; 23:27-56; Figure 10. | At least two Bluetooth transceivers each of which support the claimed "receive" functions. '491 patent, Figs. 10 and 11; 15:3-6; 23:27-53; 24:5-8; 24:11-15; 25:19-35; 38:1-33 (and associated figures). '560 Patent, 23:28-56; 25:26-35; 32:38-43 (and associated figures). |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 5. | "a signal processor. . .wherein the signal processor is operable to" <br><br> ('491 claim 11) | "a" means "one or more." <br><br> "wherein the signal processor is operable to" means "wherein at least one of the one or more signal processors is operable to" <br><br> '491 Patent, 5:11-15; 30:60-31:7; Figures 11, 12A, 12B. | One or more signal processors wherein at least one of the one or more signal processors is operable to perform all of: "receive a request for an application; determine one or more of available resources, available devices, and available sources; determine load; activate a function on a device or source to execute the application; receive, from the device, application user interface information or data at the vehicle to be displayed on a display associated with the vehicle; and display the application on the display." <br><br> '491 Patent, 14:37-51, 24:9-52; 25:36-26:34; 26:55-27:15; 28:45-59; 29:30-48 (and associated figures). |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 6. | "a signal processor. . .wherein the signal processor is operable to" ('560 claim 11) | "a" means "one or more." "wherein the signal processor is operable to" means "wherein at least one of the one or more signal processors is operable to." '560 Patent, 5:11-15; 30:60-31:7, Figures 11, 12A, 12B. | One or more signal processors wherein at least one of the one or more signal processors is operable to perform all of: "determine one or more of available resources, available devices, and available sources; determine cloud services connected to the available resources, available devices, and available sources; receive input on a user interface of the vehicle, wherein the input requests a cloud service; route the input to a device; receive, from the device, data from the cloud service; and provide the data on a display of the vehicle." '560 Patent, 24:9-52; 25:36-26:34; 26:55-27:15; 28:45-59; 29:30-48; 32:57-33:37; 36:24-46; 37:8-51 (and associated figures). |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 7. | "determine load" and "determining load" and "instructions to determine load"<br><br>('491 claims 11, 14, 16) | Plain and ordinary meaning. No construction necessary.<br><br>'491 Patent, 26:66-27:7; 34:54-59; Figures 6, 13. | "Determine (or determining) a number of input/output messages sent to/from available resources, available devices, or available sources."<br><br>Without a construction, this claim term is indefinite.<br><br>'491 Patent, 7:12-15; 26:66-27:15; 29:1-6; 33:38-34:33; 35:59-36:46 (and associated figures). |
| 8. | "the account defining rights and privileges of the user"<br><br>('186 Patent claims 1, 6, 8, 13, 15, and 20) | Plain and ordinary meaning. No construction necessary.<br><br>'186 Patent, 9:37-42; 13:25-31; 111:15-20; 111:53-63; 112:48-59; 113:12-45; 114:42-47; Figure 27. | "the account defining [permissions] of the user"<br><br>'186 Patent, 9:38-42, 13:25-31, 25:14-27 (and associated figures) |
| 9. | "the vehicle configuration data relates to one or more of an on board hardware and/or software resource, module, algorithm, and/or component and/or a setting and/or property thereof"<br><br>('367 claims 1, 10) | Plain and ordinary meaning. No construction necessary.<br><br>'367 Patent, 4:60-5:5. | This term is indefinite.<br><br>'367 Patent, 4:60-5:5. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 10. | "the requirement relates to one or more of a microprocessor, central processing unit, a service quality measure of network performance, available, unused, unavailable, and/or in use memory capacity, and operating system" <br><br> ('367 claim 1) | Plain and ordinary meaning. No construction necessary. <br><br> '367 Patent, 4:60-5:5. | This term is indefinite. <br><br> '367 Patent, 4:60-5:5. |
| 11. | "at least one of a handicap and accessibility graphical user interfaces, an email client, a web browser, a communications application, a game, an entertainment application, a satellite positioning system receiver application, an automotive navigation application or a device, a map application, a medical information application, an emergency service application, a noise suppression application, a news-related application, a vehicle manual related application, a weather information-related application, a biometric application, a travel application, a speech recognition application, an application to read to an operator of the vehicle Really Simple Syndication ("RSS") feeds, Twitter messages, email messages, and/or instant messages, a social networking application, a streaming media application, and a utility application" <br><br> ('367 claims 1, 10, 17) | Plain and ordinary meaning. No construction necessary. <br><br> '367 Patent, 4:60-5:5. | This term is indefinite. <br><br> '367 Patent, 4:60-5:5. |
| 12. | "at least one of whether the selected application can be installed currently in an electronic readable memory of the vehicle computer and/or whether the selected application can be executed currently by the vehicle computer" <br><br> ('367 claims 1, 10, 17) | Plain and ordinary meaning. No construction necessary. <br><br> '367 Patent, 4:60-5:5. | This term is indefinite. <br><br> '367 Patent, 4:60-5:5. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 13. | "one or more of a currently on board vehicle network accessible  hardware and/or software resource, module, algorithm, and/or component and/or a setting and/or property thereof and wherein the requirement relates to one or more of hardware, vehicle local network performance, memory, operating system, software, and vehicle local network algorithm and/or messaging and/or signaling protocol"<br><br>('367 claims 8, 15, 22) | Plain and ordinary meaning. No construction necessary.<br><br>'367 Patent, 4:60-5:5. | This term is indefinite.<br><br>'367 Patent, 4:60-5:5. |
| 14. | "the sensed information comprises one or more of the following: wheel state, vehicle speed, acceleration, deceleration, wheel rotation, wheel speed, wheel slip, power source energy output, engine speed, energy input and/or output, turbine speed, input speed, crankshaft position, manifold absolute pressure, mass flow, switch state, a transmission setting, a gear control current setting, a setting of a power controller, a state of a braking system, a seat setting, a weight and/or identity of seated occupant, exterior sound levels, interior sound levels, safety system state, light setting, brake control setting, accelerator pedal setting or angle, clutch pedal setting, emergency brake pedal setting, door setting, engine temperature, passenger compartment or cabin temperature sensor, window setting, imaging output, odometer reading, trip mileage reading, wind speed, radar transmitter/receiver output, brake wear, steering/torque, oxygen level, ambient lighting, ranging sensor output, parking sensor output, heating, venting, and air conditioning (HVAC) sensor output, water sensor output, air-fuel ratio meter output, blind spot monitor output, hall effect sensor output, radio frequency (RF) sensor output, infrared (IR) sensor output, | Plain and ordinary meaning. No construction necessary.<br><br>'367 Patent, 4:60-5:5. | This term is indefinite.<br><br>'367 Patent, 4:60-5:5. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| | vehicle control system sensor output, wireless network sensor output, vehicle location, vehicle direction of travel, and cellular data sensor output." ('367 claims 9, 16, 23) | | |
| 15. | "one or more of an on board hardware and/or software resource, module, algorithm, and/or component and/or a setting and/or property thereof" ('367 claims 1, 10, 17) | Plain and ordinary meaning. No construction necessary. '367 Patent, 4:60-5:5. | This term is indefinite. '367 Patent, 4:60-5:5. |
| 16. | "the requirement relates to a microprocessor, central processing unit, a service quality measure of network performance, available, unused, unavailable, and/or in use memory capacity, and operating system" ('367 claim 17) | Plain and ordinary meaning. No construction necessary. '367 Patent, 4:60-5:5. | This term is indefinite. '367 Patent, 4:60-5:5. |
| 17. | "the requirement relates to a microprocessor, central processing unit, a service quality measure of network performance, available, unused, unavailable, and/or in use memory capacity, and operating system" ('367 claim 10) | Plain and ordinary meaning. No construction necessary. '367 Patent, 4:60-5:5. | This term is indefinite. '367 Patent, 4:60-5:5. |
| 18. | "a touch sensitive display adapted to access one or more selected applications, wherein the plural applications in the application store are grouped and/or ranked by one or more of recommended applications for the user, popular applications based on behavior of other users, vehicle compatible | Plain and ordinary meaning. No construction necessary. '367 Patent, 4:60-5:5. | This term is indefinite. '367 Patent, 4:60-5:5. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| | application, vehicle incompatible application, and type and/or category of application based on a function provided by the application"<br><br>('367 claim 28) | | |
| 19. | "the microprocessor executable application manager collects data regarding a current vehicle state, configuration, operation, location, and/or occupant(s) and determines whether or not to permit or enable access to all or part of the application store, the determination being based on one or more of a user preference, a vehicle manufacturer policy and/or rule, and/or federal, state, and/or local law"<br><br>('367 claim 29) | Plain and ordinary meaning. No construction necessary.<br><br>'367 Patent, 4:60-5:5. | This term is indefinite.<br><br>'367 Patent, 4:60-5:5. |
| 20. | "a microprocessor executable remote control module operable to (a) receive a command from a requestor to configure and/or alter and/or determine a state of a selected vehicle component"<br><br>('786 claim 1) | Plain and ordinary meaning. No construction necessary.<br><br>'786 Patent, 5:53-65. | This term is indefinite.<br><br>'786 Patent, 5:53-65. |
| 21. | "when the successfully authenticated requestor is privileged to issue the command, configure and/or alter and/or determine a state of the selected vehicle component"<br><br>('786 claim 1) | Plain and ordinary meaning. No construction necessary.<br><br>'786 Patent, 5:53-65. | This term is indefinite.<br><br>'786 Patent, 5:53-65. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 22. | "a first requestor, when authenticated successfully, is entitled to a first set of privileges to configure and/or alter and/or determine a state of the selected vehicle component and a second requestor, when authenticated successfully, is entitled to a different second set of privileges to configure and/or alter and/or determine a state of the selected vehicle component" <br><br>('786 claim 1) | Plain and ordinary meaning. No construction necessary. <br><br>'786 Patent, 5:53-65. | This term is indefinite. <br><br>'786 Patent, 5:53-65. |
| 23. | "the configuration and/or alteration is one or more of moving a graphical object to another location, removing a graphical object from the display panel, adding a graphical object to the display panel, adding wall paper to the display panel, and altering a setting of the display panel" <br><br>('786 claim 2) | Plain and ordinary meaning. No construction necessary. <br><br>'786 Patent, 5:53-65. | This term is indefinite. <br><br>'786 Patent, 5:53-65. |
| 24. | "the command is one or more of to accelerate, to decelerate, to activate, to deactivate, to provide current vehicle location, to broadcast audible and/or visual message to vehicle operator, to brake, to set a maximum vehicle velocity, to shut down vehicle, and to lock doors" <br><br>('786 claim 8) | Plain and ordinary meaning. No construction necessary. <br><br>'786 Patent, 5:53-65. | This term is indefinite. <br><br>'786 Patent, 5:53-65. |
| 25. | "the remote node comprising one or more of a home computer, tablet computer, laptop computer, and smart phone" <br><br>('786 claim 23) | Plain and ordinary meaning. No construction necessary. <br><br>'786 Patent, 5:53-65. | This term is indefinite. <br><br>'786 Patent, 5:53-65. |

| No. | Patent Claim Language | Plaintiff's Proposed Construction (and Intrinsic Evidence) | Defendants' Proposed Construction (and Intrinsic Evidence) |
|---|---|---|---|
| 26. | "the operation is one or more of alter one or more of a setting, appearance, sound, wall paper, and displayed icon selection and location of a vehicle display panel, configure a programmable hard button, download media, customize vehicle performance, determine whether a light is on or off, determine whether a window is up or down, determine whether an on board alarm is on or off, determine whether a sunroof is open or closed, and reset the selected vehicle component" <br><br> ('786 claim 23) | Plain and ordinary meaning. No construction necessary. <br><br> '786 Patent, 5:53-65. | This term is indefinite. <br><br> '786 Patent, 5:53-65. |
| 27. | "the command is one or more of moving a graphical object to another location, removing a graphical object from the display panel, adding a graphical object to the display panel, adding wall paper to the display panel, and altering a setting of the display panel" <br><br> ('786 claim 24) | Plain and ordinary meaning. No construction necessary. <br><br> '786 Patent, 5:53-65. | This term is indefinite. <br><br> '786 Patent, 5:53-65. |