**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AUTOCONNECT HOLDINGS LLC, | |
| Plaintiff, | |
| v. | Case No. 24-cv-1327-JCG |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR CLAIM CONSTRUCTION

Plaintiff AutoConnect Holdings LLC ("AutoConnect") respectfully requests that

the Court adopt its claim construction positions set for in the Joint Claim Construction

Chart (D.I. 69).

Dated: April 16, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

William R. Woodford (admitted *pro hac vice*)
Todd S. Werner (admitted *pro hac vice*)
Jason M. Zucchi (admitted *pro hac vice*)
Shelleaha L. Jonas (admitted *pro hac vice*)
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (612) 895-2721
woodford@avantechlaw.com

werner@avantechlaw.com
zucchi@avantechlaw.com
jonas@avantechlaw.com

Julie Thomsen (admitted *pro hac vice*)
AVANTECH LAW, LLP
521 5th Avenue, 17th Floor
New York, NY 10175-0038
Phone: (855) 750-9951
thomsen@avantechlaw.com

*Attorneys for Plaintiff AutoConnect Holdings LLC*