**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AUTOCONNECT HOLDINGS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1327-JCG |
| FORD MOTOR COMPANY, | |
| Defendant. | |

**FORD MOTOR COMPANY'S MOTION FOR CLAIM CONSTRUCTION**

Defendant Ford Motor Company ("Ford") hereby request that the Court adopt

the claim construction positions of Ford set forth in the Joint Claim Construction

Chart (D.I. 69).

Dated:  April 16, 2026

*Of Counsel:*

John S. LeRoy
Christopher C. Smith
Reza Roghani Esfahani
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, MI 48067
(248) 358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

**SMITH, KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Ford Motor
Company*